UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. JESUS RAMOS RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>MARIA XOCHITL MEJIA TORRES, et al.,<br><br>Defendants. | No. 2:24-cv-1025-DC-SCR<br><br><br>ORDER TO SHOW CAUSE |

    Plaintiff J. Jesus Ramos Rodriguez is proceeding in this action pro se.  This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  On April 5, 2024, Plaintiff filed a complaint and paid the civil filing fee.  On April 24, 2024, Magistrate Judge Barnes issued an Order to Show Cause.  ECF No. 5.  The Order observed that the complaint was "sparse and difficult to decipher," but appeared to challenge state divorce proceedings.  ECF No. 5 at 4.  The Order explained that federal courts are courts of limited jurisdiction and that it appeared the court lacked subject matter jurisdiction.  The Order further explained that the *Rooker-Feldman* doctrine would preclude a challenge to the state court divorce judgment.  *Id.* at 3-4.  The Order directed that within 14 days "plaintiff shall show cause in writing as to why this action should not be dismissed due to a lack of subject matter jurisdiction." *Id.* at 4.  Plaintiff has failed to respond to the OSC or file anything further in this action.

      Good cause appearing, **IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, within 14 days**, why the failure to respond to the Court's Order to Show Cause should not result in a recommendation that this action be dismissed for lack of subject matter jurisdiction and/or for failure to comply with the Court's order pursuant to Federal Rule of Civil Procedure 41 and Local Rule 110.  If Plaintiff fails to respond, the court will recommend dismissal of this action.

      SO ORDERED.

DATED: October 29, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2