UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. JESUS RAMOS RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>MARIA XOCHITL MEJIA TORRES, et al.,<br><br>Defendants. | No. 2:24-cv-1025-DC-SCR (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 9) |

Plaintiff J. Jesus Ramos Rodriguez is proceeding *pro se* in this civil action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 20, 2024, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to Plaintiff's failure to prosecute and failure to comply with court orders. (Doc. No. 9.) In particular, on April 24, 2024, the court issued an order to show cause why the action should not be dismissed for lack of subject matter jurisdiction, but Plaintiff did not respond to the order. (Doc. No. 5.) As a result of Plaintiff's failure to comply with that order, on October 30, 2024, the court issued a second order to show cause directing Plaintiff to show cause within 14 days why the action should not be dismissed for lack of subject matter jurisdiction and/or failure to comply with the

court's order. (Doc. No. 8.) Plaintiff did not respond to that order to show cause or otherwise communicate with the court. The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Doc. No. 9 at 2.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on December 20, 2024 (Doc. No. 9) are adopted in full;

2. This action is dismissed, without prejudice, due to Plaintiff's failure to prosecute this action and failure to comply with court orders; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **January 17, 2025**

Dena Coggins
United States District Judge

2